# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA ELLIS,
Plaintiff

v.

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
Defendant

:    CIVIL ACTION
:
:
:
:
:
:    No. 09-1212
:
:
:

FILED

MAY 27 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

Anita B. Brody, J.

AND NOW, this 27 day of May, 2010, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. This matter is REMANDED to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

ANITA B. BRODY, J.

CoPies via ECF on ____ TB. Copies via US Mail on ____

1